Kenneth D. Freundlich (SBN 119806)
ken@freundlichlaw.com
FREUNDLICH LAW
16133 Ventura Boulevard, Suite 1270
Encino, CA 91436
Telephone: (310) 275-5350
Facsimile: (310) 275-5351

Gary Adelman** (admitted *pro hac vice*)
g@ademlanmatz.com
ADELMAN MATZ P.C.
780 Third Avenue, 14th Floor
New York, New York 10065
Telephone: (646) 650-2207
Facsimile: (646) 650-2198

*Attorneys for YLD and Nuno Job*

LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

Darlene F. Ghavimi (admitted *pro hac vice*)
dghavimi@conleyrose.com
Stewart N. Mesher (admitted *pro hac vice*)
smesher@conleyrose.com
CONLEY ROSE, P.C.
13413 Galleria Circle, Suite 100
Austin, Texas 78738
Telephone: (512) 610-3410
Facsimile: (512) 610-3456

*Attorneys for Defendants and Counterclaim/Third
Party Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YLD LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>THE NODE FIRM, LLC, NODE SOURCE, LLC, NODESOURCE INC., DANIEL SHAW, and JOE MCCANN,<br><br>Defendants.<br><br>YLD LIMITED,<br><br>Counterclaim Defendant,<br><br>and<br><br>NUNO JOB,<br><br>Third-Party Counterclaim Defendant | Case No. 16-cv-00399-VC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING YLD LIMITED AND NUNO JOB'S TIME TO RESPOND TO COUNTERCLAIMS AND THIRD PARTY CLAIMS** |

This stipulation is entered into by and among the parties to the above-entitled action YLD LIMITED ("Plaintiff"), NUNO JOB ("Third Party Counterclaim Defendant"), THE NODE FIRM, LLC, NODE SOURCE, LLC, NODESOURCE INC., DANIEL SHAW, and JOE MCCANN ("Defendants", and with Plaintiff, and Third Party Counterclaim Defendant the "Parties") by and through their respective counsel:

**WHEREAS**, on August 17, 2016 the Court issued an Order granting in part and denying in part the Third Party Counterclaim Defendant's motion to dismiss [ECF 87].  Among other things, the Court's August 17, 2016 Order, granted Defendant's request for leave to amend its defamation claim and provided Defendants with fourteen days to file any amended third party complaint;

**WHEREAS**, Defendants filed their Amended Answer to Plaintiff's Second Amended Complaint, Affirmative Defenses, Counterclaims and Third-Party Claims on August 31, 2016 [ECF 89] (the "Amended Counterclaims and Third Party Claims");

**WHEREAS**, Plaintiff and Third Party Counterclaim Defendant have requested that their time to respond to the Amended Counterclaims and Third Party Claims be extended by fourteen (14) days i.e. up to and including September 28, 2016;

**WHEREAS**, the parties have agreed to extend Plaintiff and Third Party Counterclaim Defendant's time to respond to the Amended Counterclaims and Third Party Claims by fourteen (14) days i.e. up to and including September 28, 2016, *inter alia*, to discuss certain issues that Third Party Counterclaim Defendant has raised, in order to hopefully avoid further motion practice;

**WHEREAS**, the parties do not believe that the instant request will have an effect on the schedule for this case;

NOW THEREFORE, for good cause as show above, pursuant to Civil Local Rules 6-1(b) and 6-2(a) the Parties hereby stipulate and agree, through their respective counsel as follows:

1.     Plaintiff and Third Party Counterclaim Defendant's time to respond to the Amended Counterclaims and Third Party Claims is extended by fourteen (14) days i.e. up to and including September 28, 2016.

**IT IS SO STIPULATED**, through Counsel of Record.

1  Dated: September 14, 2016

2

3  By:   /s/ Gary Adelman_____                    By:   Darlene F. Ghavimi_____
   Gary Adelman ** *Pro Hac Vice*
4  g@adelmanmatz.com                                 Darlene F. Ghavimi (admitted *pro hac vice*)
   ADELMAN MATZ P.C.                                 dghavimi@conleyrose.com
5  1173A Second Avenue, Suite 153                    Stewart N. Mesher (admitted *pro hac vice*)
   New York, New York 10017                          smesher@conleyrose.com
6  Telephone: (646) 650-2207                         CONLEY ROSE, P.C.
                                                     13413 Galleria Circle, Suite 100
7                                                    Austin, Texas 78738
   Kenneth D. Freundlich                             Telephone: (512) 610-3410
8  ken@freundlichlaw.com
   FREUNDLICH LAW                                    LISA KOBIALKA (State Bar No. 191404)
9  16133 Ventura Boulevard, Suite 1270               lkobialka@kramerlevin.com
   Encino, CA  91436                                 KRAMER LEVIN NAFTALIS
10 Telephone: (310) 275-5350                         & FRANKEL LLP
                                                     990 Marsh Road
11                                                   Menlo Park, CA 94025
   *Attorneys for YLD Limited*                       Telephone: (650) 752-1700
12 *And Nuno Job*

13

14                                                   *Attorneys for THE NODE FIRM, LLC,*
                                                     *NODE SOURCE, LLC, NODESOURCE*
15                                                   *INC., DANIEL SHAW, and JOE MCCANN*

16

17 PURSUANT TO STIPULATION, IT IS SO ORDERED.

18       DATED:  September 15, 2016        _____

19                                         HON. VINCE CHHABRIA
                                           UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28